## PLAINTIFF'S LIST OF EXHIBITS

### Willie Davis v. Lt. Davis, et al.,

JUDGE TATENHOVE
EASTERN DISTRICT OF KENTUCKY

CIV. No. 6:12-cv-33-GFVT
DATE: JULY 30, 2017

| EXHIBIT No. | DESCRIPTION OF OBJECT | OBJECT DATED | DATE ADMITTED |
|---|---|---|---|
| 1 | SECURITY CAMERA FOOTAGE | AUGUST 5th, 2011 | |
| | | | |

### CERTIFICATE OF SERVICE

I, Willie L. Davis, HEREBY CERTIFY THAT I CAUSED A TRUE AND CORRECT COPY OF THE FORGOING PLAINTIFF'S TRIAL EXHIBIT LIST TO BE PROVIDED VIA U.S. POSTAGE MAIL TO CHERYL D. MORGAN, ASSISTANT U.S. ATTORNEY AT THE U.S. ATTORNEYS OFFICE, 260 W. VINE STREET, SUITE 300, LEXINGTON, KY. 40507 ON THIS 30th DAY OF JULY, 2017.

Willie Davis
RESPECTFULLY SUBMITTED

AUG - 7 2017

Willie L. Davis # 21433076
USP FLORENCE - ADMAX
P.O. BOX 8500
FLORENCE, CO. 81226

(1 OF 1)